SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-12-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
LILA HOWARD, et al.,                  :
                                      :   06 Civ. 3242 (VM)
                  Plaintiffs,         :
                                      :   **CONDITIONAL**
      - against -                     :   **ORDER OF DISCONTINUANCE**
                                      :
MUTUAL REDEVELOPMENT HOUSES,          :
                                      :
                  Defendant.          :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Counsel on behalf of the parties, having notified the Court, at the conference with the parties on September 6, 2006, that the parties have agreed to engage in productive discussions likely to resolve this action without further litigation in this Court by negotiating a modification of a stipulated settlement of a related state court proceeding, and do not object to the issuance of this Order, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties

shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         11 September 2006

_____
Victor Marrero
U.S.D.J.